IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KONRAD GILARDI

    Plaintiff,

v.                      No. 11-cv-700-DRH-SCW

RAY MABUS,
SECRETARY OF THE NAVY,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff's notice of voluntary dismissal without prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) (Doc. 21). Voluntary dismissal without prejudice under Rule 41(a)(1) is appropriate as defendant has not yet answered the complaint. The Court hereby **ACKNOWLEDGES** said notice and holds that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed this 7th day of March, 2012.

David R. Herndon
2012.03.07
14:45:09 -06'00'

                                      Chief Judge
                                      United States District Court